An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

KYLE A. WILSON A/K/A KYLE
ADRIAN WILSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63201

**FILED**

JUN 1 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction, pursuant to a jury verdict, of invasion of the home. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

The judgment of conviction was entered on March 1, 2013. We lack jurisdiction because the notice of appeal was not filed until May 9, 2013, well beyond the expiration of the 30-day appeal period prescribed by NRAP 4(b)(1)(A), *see Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), therefore we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

---

[1]To the extent that appellant asserts he has a valid appeal deprivation claim, such a claim must be raised in accordance with NRAP 4(c)(1) by filing a post-conviction petition for a writ of habeas corpus in the district court in the first instance.

13-17492

cc:    Hon. Valerie Adair, District Judge
       Clark County Public Defender
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk
       Kyle A. Wilson